IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| EDGAR PACHECO CRUZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:26-cv-2484 (LMB/WEF) |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

ORDER

Before the Court is Petitioner's Emergency Notice of Motion to Enforce Court Order ("Motion"). On August 11, 2026, the Court granted petitioner's Petition for Writ of Habeas Corpus and entered an Order requiring the federal respondents to provide him with an individualized bond hearing before an Immigration Judge pursuant to 8 U.S.C. § 1226(a). [Dkt. No. 5]. On August 25, 2026, the immigration judge denied bond, finding that petitioner presented a risk of flight principally because he "entered without inspection, worked without authorization, had no immediately apparent path to lawful status, and reported modest net income." [Dkt. No. 8] at 3. Despite finding a risk of flight, the immigration judge did not remand petitioner immediately into custody and instead ordered that petitioner "surrender to the Department of Homeland Security by 5:00 p.m. on Friday, August 28, 2026." Id. at 1. Petitioner reserved his appeal of that decision, which is due September 24, 2026. Id. at 6.

Because the Court is concerned that petitioner received a perfunctory bond hearing in violation of the Court's August 11, 2026, Order, petitioner's Motion, [Dkt. No. 8], is GRANTED; and it is hereby

ORDERED that respondents are ENJOINED from re-detaining petitioner unless petitioner commits a new crime or fails to appear at any scheduled immigration hearings for

which he receives proper notice; and it is further

ORDERED that the parties advise the Court by 5:00 PM September 25, 2026, regarding petitioner's decision to appeal the immigration judge's determination to the Board of Immigration Appeals; and it is further

ORDERED that the Clerk's Office reopen this civil action.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 28th day of August, 2026.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge